IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NHAN TO REID,**

      **Plaintiff,**

  vs.                                     CIV No. 1:16-01104-SMV

**NANCY A. BERRYHILL, Acting
Commissioner of Social Security,**[1]

     **Defendant.**

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court upon Defendant's Unopposed Motion for Extension of Time to respond to Plaintiff's Complaint (Doc. 9), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through March 16, 2017, to file her answer or otherwise respond to Plaintiff's Complaint.

SIGNED __February 16__, 2017.

                                                                         STEPHAN M. VIDMAR
                                                                         United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 02/13/2017*
MICHAEL A. THOMAS
Special Assistant United States Attorney

*Electronically approved 02/13/2017*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).