# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**NHAN TO REID,**

        **Plaintiff,**

vs.                                           No. CV 16- 1104 SMV

**NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,**

        **Defendant.**

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through June 19, 2017, to serve her Motion to Reverse of Remand Administrative Agency Decision with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through August 18, 2017 to serve her Response, and Plaintiff through September 1, 2017 to serve her Reply.

                                                       HONORABLE STEPHAN M. VIDMAR
                                                       UNITED STATES MAGISTRATE JUDGE

Submitted and Approved By:


*/s/Michael D. Armstrong*
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM 87108
Bus.   (505) 890-9056
Fax.   (505) 266-5860



Email Approval on May 10, 2017
Manuel Lucero AUSA
Manny.lucero@usdoj.gov
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM   87103
(505) 224-1504
(505) 346-7205 fax